IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| **Allison Boozer,** | ) | |
| | ) | |
| Plaintiff, | ) | C/A No. 3:04-22865-CMC-JRM |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **Guardsmark, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed this civil rights action against her former employer claiming racial discrimination in violation of Title VII and § 1981, as well as claims for breach of contract and breach of contract accompanied by a fraudulent act. Defendant filed a motion for summary judgment. Plaintiff has filed no response to the motion. In accordance with this court's order of reference, 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(d), this matter was referred to United States Magistrate Judge Joseph R. McCrorey for a Report and Recommendation. The Magistrate Judge filed his Report and Recommendation on March 21, 2006, and the matter is now ready for a ruling.

This court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Based on his review of the record, the Magistrate Judge has recommended that Defendant's motion for summary judgment be granted and the action dismissed. Plaintiff has filed no objections to

the Report and the time for doing so has expired.

After reviewing the Complaint, the motion, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference.

**IT IS HEREBY ORDERED** that Defendant's motion for summary judgment is **GRANTED** and this action is **DISMISSED** *with prejudice*.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 2, 2005

C:\temp\notesB0AA3C\04-22865 Boozer v. Guardsmark - sj granted - no rep or objs to rr - dmb.wpd